

[Print]

Subject: **U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Timothy P. Carroll, Case Number: 16-05101, JJT, Ref: [p-103041460]**
From: <USBankruptcyCourts@noticingcenter.com>
Sent: **Dec 28, 2016 12:52:40 AM**
To: **tullio.deluca@verizon.net**

Notice of Returned Mail to Debtor/Debtor's Attorney

December 27, 2016

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Timothy P. Carroll, Case Number 16-05101, JJT

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**274 Max Rosenn U.S. Courthouse**
**197 South Main Street**
**Wilkes-Barre, PA 18701**

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Powell, Rogers & Speaks
P.O. Box 61107
Harrisburg, PA 17106-1107

THE UPDATED ADDRESS IS:

1 FISHER STREET HALIFAX PA 17032

_____

_____    _12/28/16_____
Signature of Debtor or Debtor's Attorney                Date


The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.