In re:                                                          Case No. 16-05101-JJT
Timothy P. Carroll                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: admin          Page 1 of 1          Date Rcvd: Apr 11, 2017
                              Form ID: fnldecac    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2017.
db            +Timothy P. Carroll,   185 Chestnut St.,   Archbald, PA 18403-2284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2017 at the address(es) listed below:
        James  Warmbrodt   on behalf of Creditor   Christiana Trust, a division of Wilmington Savings
         Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 2
         bkgroup@kmllawgroup.com
        Mark J. Conway (Trustee)   PA40@ecfcbis.com,
         mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
        Tullio  DeLuca   on behalf of Debtor Timothy P. Carroll tullio.deluca@verizon.net
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                    TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Timothy P. Carroll                      Chapter 7
aka Timothy Carroll                Case No. 5:16−bk−05101−JJT
185 Chestnut St.
Archbald, PA 18403

Last four digits of Social−Security, Individual
Taxpayer−Identification, Employer Tax−Identification No(s)(if
any):
xxx−xx−7229

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Mark J. Conway (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT

Dated: April 10, 2017                    By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk